1  Amir J. Goldstein, Esq. (SBN 255620)
2  ajg@consumercounselgroup.com
   5455 Wilshire Boulevard, Suite 1812
3  Los Angeles, CA 90036
4  Tel 323.937.0400
   Fax 866.288.9194
5  Attorney for Plaintiff
6  JESSICA ROBISON

7  Jeffery J. Carlson (SBN 60752)
8  Carlsonj@cmtlaw.com
   J. Grace Felipe, Esq. (SBN 190893)
9  felipeg@cmtlaw.com
10 Carlson & Messer, LLP
   5959 W. Century Blvd. Suite 1214
11 Los Angeles, CA 90045
12 Tel  310.242.2200
   Fax 310.242.2222
13 Attorney for Defendant
14 SECOND ALLIANCE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JESSICA ROBISON, | ) CASE NO: 2:13-cv-00243-ODW-JCG |
|---|---|
| Plaintiff, | ) **STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |
| v. | |
| SECOND ALLIANCE, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |

/ / /

/ / /

- 1 -

IT IS HEREBY STIPULATED by and between Plaintiff, JESSICA ROBISON and Defendant, SECOND ALLIANCE, INC. ("Defendant") through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*. Each party shall bear its own costs and expenses.

Dated: July 29, 2013        LAW OFFICE OF AMIR J. GOLDSTEIN

                            By: /s/ Amir J. Goldstein
                                Amir J. Goldstein
                                Attorney for Plaintiff,
                                JESSICA ROBISON

Dated: July 29, 2013        CARLSON & MESSER, LLP

                            By: /s/ J. Grace Felipe
                                Jeffery J. Carlson
                                J. Grace Felipe
                                Attorney for Defendant,
                                SECOND ALLIANCE, INC.