UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ROBISON,<br><br>               Plaintiff,<br><br>v.<br><br>SECOND ALLIANCE, INC. and DOES 1 through 10 inclusive,<br><br>               Defendants. | CASE NO: 2:13-cv-00243-ODW-JCG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

    The Court has reviewed the Stipulation of Plaintiff JESSICA ROBISON and Defendant SECOND ALLIANCE, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

That the above-entitled lawsuit is hereby, dismissed, with prejudice, pursuant to FRCP 41(a)(1).

### IT IS SO ORDERED

DATED: _____     _____
UNITED STATES DISTRICT JUDGE