JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ROBISON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SECOND ALLIANCE, INC. and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE 2:13-cv-00243-ODW(JCGx)<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

　　The Court has reviewed the Stipulation of Plaintiff JESSICA ROBISON and Defendant SECOND ALLIANCE, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

　　That the above-entitled lawsuit is hereby, dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: July 30, 2013　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -